IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMMY O. SMITH                                                              PETITIONER

v.                                    NO. 5:09CV00045 JMM

LARRY NORRIS, Director of the                                               RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Sammy O. Smith is denied, and this proceeding is dismissed. Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE