IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMMY O. SMITH                                                                                         PETITIONER

v.                                        NO. 5:09CV00045 JMM

LARRY NORRIS, Director of the                                                                  RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Sammy O. Smith is denied, and this proceeding is dismissed.

IT IS SO ORDERED this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE